UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREETUS DOE, as litigation guardian ad litem for her minor child JB DOE; WASHINGTON TRUST BANK, as trustee for any funds received by JB DOE,<br><br>              Plaintiffs,<br><br>    v.<br><br>CRAIG FIGLEY, a single man,<br><br>              Defendant. | No.  CV-11-0147-EFS<br><br>**ORDER REMANDING CASE TO SPOKANE COUNTY SUPERIOR COURT AND CLOSING FILE** |

On May 2, 2013, Plaintiffs filed an Amended Complaint, ECF No. 23, terminating their claims against Defendant Colville School District No. 115 and asserting intentional tort claims, which arise solely under state law, against Defendant Craig Figley.  Pursuant to 28 U.S.C. § 1367(c)(3), the Court declines to exercise supplemental jurisdiction over the remainder of Plaintiffs' claims.  Finding no continuing basis for subject-matter jurisdiction under 28 U.S.C. §§ 1331 or 1332, the Court hereby remands this matter to the Spokane County Superior Court for all further proceedings.

//

//

//

ORDER REMANDING CASE TO SPOKANE COUNTY
SUPERIOR COURT AND CLOSING FILE - 1

1    Accordingly, **IT IS HEREBY ORDERED**:

2    1.   Plaintiff's Amended Complaint, ECF No. 220, is accepted as
3         filed.  The Clerk's Office is directed to **TERMINATE**
4         Colville School District No. 115 as a Defendant in this
5         action.
6    2.   This matter is hereby **REMANDED** to the Spokane County
7         Superior Court for all further proceedings, under Cause No.
8         11-2-00955-1.
9    3.   The Clerk's Office is directed to **CLOSE** this file.

10   **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this
11   Order and provide copies to all counsel and to the Spokane County
12   Superior Court.

13   **DATED** this 3rd day of May 2013.

14                              s/Edward F. Shea
15                          _____
                                EDWARD F. SHEA
                        Senior United States District Judge